UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JUNIOR TAVAREZ,

                Plaintiff,

  -against-

SUFFOLK COUNTY,

                Defendants.
-------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL**

**CV 07-3820 (LDW)(WDW)**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

     **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788
By: Brian C. Mitchell
Assistant County Attorney

Lawrence Lewis, Esq.
276 Fifth Avenue
New York, NY 10001
212-689-4025

**SO ORDERED:**

Dated: Central Islip, New York
      8/12, 2008

Leonard D. Wexler, U.S.D.J.